# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COREY DEVON NELSON,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**TERRY TUGGLE, Warden,** )<br>)<br>Respondent. ) | CIV 24-302-RAW-GLJ |

## OPINION AND ORDER

Now before the Court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the Court's attention that Petitioner was convicted in **Oklahoma County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 22nd day of August 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE